AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Michael Jones

CASE NUMBER: 08 CV 2531

V.

ASSIGNED JUDGE: Dow

City of Chicago, Officer Thomas Carey (Star #18795), Officer Daniel Bora (Star #19830), Officer Edward May (Star #16474), Officer Edward Carroll (Star #7467), Officer Sergio Gonzalez (Star #15660), Officer Gregorio Anderson (Star # 12041)

DESIGNATED
MAGISTRATE JUDGE: Ashman

TO: (Name and address of Defendant)

Officer Gregorio Anderson, Star #12041
Chicago Police Department
3510 S. Michigan Avenue
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian J. Barrido
Dvorak, Toppel & Barrido, LLC
3859 W. 26th Street
Chicago, IL 60623

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Jacqueline Hallinan*
(By) DEPUTY CLERK

May 5, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/5/08 |
| NAME OF SERVER (PRINT) BRIAN BARRIDO | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ___Emerald Yancy___

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/5/08
            Date              *Signature of Server*

3859 W. 26th St. Chicago, IL 60623
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.