AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Michael Jones

CASE NUMBER: 08 CV 2531

V.

ASSIGNED JUDGE: Dow

City of Chicago, Officer Thomas Carey (Star #18795), Officer Daniel Bora (Star #19830), Officer Edward May (Star #16474), Officer Edward Carroll (Star #7467), Officer Sergio Gonzalez (Star #15660), Officer Gregorio Anderson (Star # 12041)

DESIGNATED MAGISTRATE JUDGE: Ashman

RECEIVED 2008 MAY 7 AM 10 02 OFFICE OF THE CITY CLERK

TO: (Name and address of Defendant)

City of Chicago, via its registered agent
Miguel del Valle, City Clerk
121 N. LaSalle Street, Room 107
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian J. Barrido
Dvorak, Toppel & Barrido, LLC
3859 W. 26th Street
Chicago, IL 60623

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Jacquline Holliman*

(By) DEPUTY CLERK



May 5, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 5/7/08 |
| NAME OF SERVER (PRINT)  BRIAN BARRIDO | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Nancy Nieminski

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/7/08
           Date        Signature of Server

3859 W. 26th St. Chicago, IL 60623
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.