IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, OFFICER THOMAS CAREY, Star No. 18795, OFFICER DANIEL BORA, Star No. 19830, OFFICER EDWARD MAY, Star No. 16474, OFFICER EDWARD CARROLL, Star No. 7467, OFFICER SERGIO GONZALEZ, Star No. 15660, OFFICER GREGORIO ANDERSON, Star No. 12041, Chicago Police Officers in their individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) | 08 CV 2531<br><br>Judge Dow<br><br>Magistrate Ashman |
| Defendants. | ) | |

## JOINT INITIAL STATUS REPORT

   WHEREFORE, this matter set before Judge Dow on July 8, 2008 at 9:00 am for an initial status, attorneys for both sides completed a joint initial status report.

   In support of said joint initial status report:

1. Attorneys for the Plaintiff are Brian Barrido, Richard Dvorak, Neil Toppel and Matthew Robison.  All four are expected to try the case for the Plaintiff at trial.  Attorneys for the defendants are Assistant Corporation Counsels David Selmer and Le'Ora Tyree.

2. The basis for federal jurisdiction is invoked by the Civil Rights Act, 42 U.S.C. § 1983, § 1988, the judicial code 28 U.S.C. § 1331 and §1343 (a), the Constitution of the United States and pendent jurisdiction, as provided under U.S.C. § 1367 (a).

3. The nature of the federal claim is false arrest. The Illinois State claims are false imprisonment and malicious prosecution.  Plaintiff also seeks indemnification (on federal claims only) by the City of Chicago.

4. All defendants except for Officer Gregorio Anderson, Star #12041, have been served. The summons for Officer Anderson has been returned executed by Plaintiff.

5. The principal legal issues fall within 42 U.S.C. § 1983, alleged false arrest by Defendant Chicago Police Officers Thomas Carey (Star #18795), Daniel Bora (Star #19830), Edward May (Star #16474), Edward Carroll (Star # 7467), Sergio Gonzalez (Star #15660) and Gregorio Anderson (Star #12041) and by the alleged false imprisonment and malicious prosecution of Plaintiff.

6. The principal factual issues fall within the underlying criminal matter.

7. At this time, jury trial is expected by both sides.

8. Written discovery is still underway. Plaintiff has tendered FRCP 26(a)(1) disclosures to defense counsel. Defense shall issue FRCP 26(a)(1) disclosures, requests to produce and interrogatories within 14 days of filing their answer as to all defendants. No depositions have been scheduled at this time with both sides anticipating at least nine depositions.

9. Fact discovery shall close on February 20, 2009.

10. No dispositive motions anticipated at this time.

11. The parties expect to be ready for trial by May 18, 2009. Trial is anticipated to take approximately four days.

12. At this time both sides are not prepared to proceed before Magistrate Judge Ashman.

13. No settlement discussions have occurred on this case.

Respectfully submitted,

__/s/ Brian Barrido_____
Brian Barrido
One of Plaintiff's Attorneys
3859 W. 26th Street
Chicago, IL 60623
(773) 521-1300
brian.barrido@civilrightsdefenders.com

__/s/ David Selmer_____
David Selmer
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 744-6905
david.selmer@cityofchicago.org

__/s/ Le'Ora Tyree_____
Le'Ora Tyree
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1040
Chicago, IL 60602
(312) 747-8953
leo.tyree@cityofchicago.org