IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, OFFICER THOMAS CAREY, Star No. 18795, OFFICER DANIEL BORA, Star No. 19830, OFFICER EDWARD MAY, Star No. 16474, OFFICER EDWARD CARROLL, Star No. 7467, OFFICER SERGIO GONZALEZ, Star No. 15660, OFFICER GREGORIO ANDERSON, Star No. 12041, Chicago Police Officers in their individual capacity, | ) ) ) ) ) ) ) ) ) ) ) | 08 CV 2531<br><br>Judge Dow<br><br>Magistrate Ashman |
| Defendants. | ) | |

## NOTICE OF FILING

To:   David Selmer
      Assistant Corporation Counsel – City of Chicago
      30 N. LaSalle Street, Suite 1400
      Chicago, IL 60602

      Le'Ora Tyree
      Assistant Corporation Counsel – City of Chicago
      30 N. LaSalle Street, Suite 1040
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that on June 27, 2008, I caused to be filed in the Northern District of Illinois, Eastern Division, an Initial Joint Status Report.

Date:  June 27, 2008

                                         By: /s/ Brian J. Barrido_____
                                             BRIAN J. BARRIDO

## CERTIFICATE OF SERVICE

      The counsel for Plaintiff, Brian J. Barrido of Dvorak, Toppel & Barrido, LLC hereby certifies that he served an Initial Joint Status Report on all parties via the electronic filing system and by regular mail with the United States Post Office located at 3859 W. 26th Street, Chicago, IL 60623, pursuant to Supreme Court Rule 12(d) at or before 5:00 p.m. on this 27th day of June, 2008.

                                            By: /s/ Brian J. Barrido_____
                                                     BRIAN J. BARRIDO

Brian J. Barrido
Dvorak, Toppel & Barrido, LLC
3859 W. 26th Street
Chicago, Illinois 60623
(773) 521-1300 Phone
(773) 521-4400 Fax
brian.barrido@civilrightsdefenders.com

Attorney No. 6274524